# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**JERRY TODD BREWER**                                                                                 **PLAINTIFF**

v.                                  **CASE NO. 3:12CV00315 BSM**

**JONESBORO POLICE DEPARTMENT et al.**                                      **DEFENDANTS**

## ORDER

On February 12, 2013, plaintiff Jerry Todd Brewer filed a notice of change of address [Doc. No. 4] indicating that he has been released from custody. On March 19, 2013, plaintiff filed a second motion to proceed *in forma pauperis* [Doc. No. 6] indicating that he was once again in custody. According to the Craighead County Detention Facility, however, Brewer was released from their custody on May 22, 2013. Because of his recent release, it is unclear whether Brewer is still entitled to proceed *in forma pauperis.* If Brewer wishes to proceed with his case, he is directed to either pay the statutory filing fees of $350 or to file an amended motion to proceed *in forma pauperis* within thirty (30) days of this order. In response to an order directing him to provide a name for Doe, Brewer has indicated that Doe's name is Whellis [Doc. No. 7] and the case name will be changed to reflect the correct name.

IT IS THEREFORE ORDERED that:

1.     The clerk is directed to send Brewer a freeworld amended application to proceed *in forma pauperis.*

2.     Brewer shall, within thirty (30) days of this order, submit the $350 statutory

filing fee to the Clerk of the United States District Court for the Eastern District of Arkansas, or file an amended application to proceed *in forma pauperis*.

3. Brewer is reminded that failure to timely and properly comply with this order will result in the case being dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

4. The clerk is directed to change the style of the case to reflect defendant Doe's correct name as Whellis.

IT IS SO ORDERED this 17th day of June 2013.

Brian S. Miller

UNITED STATES DISTRICT JUDGE