# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**JERRY TODD BREWER**
**ADC #600830**                                                                                          **PLAINTIFF**

**v.**                             **CASE NO. 3:12CV00315 BSM**

**JONESBORO POLICE DEPARTMENT, et al.**                          **DEFENDANTS**

## ORDER

Plaintiff Jerry Todd Brewer's motion to appoint counsel [Doc. No. 30] is granted. Attorney Justin E. Parkey is appointed for the limited purpose of assisting Brewer obtain the documents specified in his motion. The contact information for Parkey's law office is as follows:

>  310 East Street, Suite A
>  P.O. Box 1700
>  Jonesboro, AR, 72403
>  (870) 931-1700

IT IS SO ORDERED this 20th day of June 2014.

_____
UNITED STATES DISTRICT JUDGE