**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**JERRY TODD BREWER**                                                          **PLAINTIFF**

**v.**                          **CASE NO. 3:12CV00315 BSM**

**JONESBORO POLICE**
**DEPARTMENT, et al.**                                                          **DEFENDANTS**

## ORDER

Plaintiff Jerry Todd Brewer's request for a subpoena [Doc. No. 44] is granted.

Accordingly, the clerk is directed to issue a subpoena for Phillip Crego the Jonesboro City

Attorney, Justice Complex, 410 West Washington Avenue, Jonesboro, AR, 72401.  The

subpoena shall direct Crego to appear at the trial scheduled for Monday, September 22, 2014,

at 9:30 a.m, in Courtroom #2D, Richard Sheppard Arnold U.S. Courthouse, 500 West

Capitol, Little Rock, Arkansas.  The clerk is directed to deliver the subpoena to the United

States Marshal, who shall serve it without prepayment of fees as soon as possible, and no

later than September 10, 2014.

IT IS SO ORDERED this 4th day of September 2014.

UNITED STATES DISTRICT JUDGE