# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**JERRY TODD BREWER**                                                                 **PLAINTIFF**

v.                              **CASE NO. 3:12CV00315 BSM**

**JONESBORO POLICE**
**DEPARTMENT, et al.**                                                                **DEFENDANTS**

## ORDER

Plaintiff Jerry Todd Brewer's motions to compel [Doc. Nos. 43, 51] are denied. Defendant Jeremy Wheelis, however, is instructed to provide to Brewer all material that will be used, introduced, or referred to at trial.

IT IS SO ORDERED this 9th day of September 2014.

_____
UNITED STATES DISTRICT JUDGE