**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**JERRY TODD BREWER**                                                   **PLAINTIFF**

v.                   **CASE NO. 3:12CV00315 BSM**

**JONESBORO POLICE
DEPARTMENT, et al.**                                                     **DEFENDANTS**

## ORDER

This case is set for trial on Monday, September 22, 2014, at 9:30 a.m. in Courtroom #2D, Richard Sheppard Arnold U.S. Courthouse, 500 West Capitol, Little Rock, Arkansas.

The warden of the Southwest Arkansas Community Correction Center is directed to ensure the attendance of plaintiff **Jerry Todd Brewer, ADC#600830**, at 8:30 a.m. on Monday, September 22, 2014. The warden is further directed to send with plaintiff his complete institutional and medical files.

IT IS SO ORDERED this 11th day of September 2014.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE