**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**JERRY TODD BREWER**                                                                    **PLAINTIFF**

v.                              **CASE NO. 3:12CV00315 BSM**

**JONESBORO POLICE**
**DEPARTMENT, et al.**                                                                   **DEFENDANTS**

## ORDER

Plaintiff Jerry Todd Brewer's motion for a change of venue [Doc. No. 69] is denied. In his motion, Brewer requests a jury trial. In a civil case, a party must demand a trial by jury no later than fourteen days after the last pleading directed to the issue is served. *See* F.R.C.P. 38(b)(1). This case was filed in December 2012, and defendant's answer was filed on October 24, 2013. Accordingly, Brewer's request for a jury trial is denied as untimely.

IT IS SO ORDERED this 29th day of October 2014.

_____
UNITED STATES DISTRICT JUDGE