**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**JERRY TODD BREWER**                                        **PLAINTIFF**

v.                 **CASE NO. 3:12CV00315 BSM**

**JONESBORO POLICE
DEPARTMENT, et al.**                                        **DEFENDANTS**

### ORDER

Plaintiff Jerry Todd Brewer was released from Arkansas Community Confinement in early November 2014 and has neither communicated with the court nor updated his contact information. *See* Local Rule 5.5. All attempts to reach Brewer have been unsuccessful. Accordingly, this case is dismissed without prejudice. Before Brewer can reopen his case, he must file his updated address information with the clerk of court.

IT IS SO ORDERED this 12th day of December 2014.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE