# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**JERRY TODD BREWER**                                                                           **PLAINTIFF**

**v.**                           **CASE NO. 3:12CV00315 BSM**

**JONESBORO POLICE**
**DEPARTMENT, et al.**                                                                         **DEFENDANTS**

## JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed without prejudice.

IT IS SO ORDERED this 12th day of December 2014.

_____
UNITED STATES DISTRICT JUDGE