**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**JERRY TODD BREWER,**
**ADC #600830**                                                                                   **PLAINTIFF**

v.                       **CASE NO. 3:12CV00315 BSM**

**JONESBORO POLICE DEPARTMENT, et al.**                             **DEFENDANTS**

**ORDER**

This case is set for a bench trial on Monday, July 13, 2015, at 10:00 a.m. in Courtroom (large) #324, United States District Court, 615 South Main, Jonesboro, Arkansas. Parties are to be present at 9:45 a.m.

The Arkansas Department of Correction is directed to ensure the attendance of plaintiff **Jerry Todd Brewer, ADC #600830,** who is presently confined at the Ouachita River Correction Unit at 9:45 a.m. on Monday, July 13, 2015.

The Arkansas Department of Correction is further directed to send with plaintiff his complete institutional and medical files.

IT IS SO ORDERED this 30th day of June 2015.

_____
UNITED STATES DISTRICT JUDGE