IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JERRY TODD BREWER**                                                                                           **PLAINTIFF**

v.                              **CASE NO. 3:12CV00315 BSM**

**JEREMY WHEELIS,**
in his Individual Capacity                                                                                       **DEFENDANT**

## JUDGMENT

Consistent with the order entered this day, judgment is entered for defendant Jeremy Wheelis, and against plaintiff Jerry Todd Brewer.

IT IS SO ORDERED this 21st day of July 2015.

_____
UNITED STATES DISTRICT JUDGE